EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Mildred Torres Hernández <br> Héctor Brull Cestero <br> Tomás Torres Marrero <br> Carmelina Valentín Alicea <br> Norah. E. Vallejo Cruz | 2011 TSPR 202 <br><br> 184 DPR ____ |

Número del Caso: TS-7790
                 TS-5617
                 TS-1949
                 TS-3559
                 TS-4478

Fecha: 19 de diciembre de 2011

Materia: Bajas voluntarias al ejercicio de la abogacía correspondientes al mes de noviembre.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Mildred Torres Hernández              7790
Héctor Brull Cestero                  5617
Tomás Torres Marrero                  1949
Carmelina Valentín Alicea             3559
Norah E. Vallejo Cruz                 4478

RESOLUCIÓN

San Juan, Puerto Rico, a 19 de diciembre de 2011.

Durante el mes de noviembre de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

Mildred Torres Hernández              7790
Héctor Brull Cestero                  5617
Tomás Torres Marrero                  1949
Carmelina Valentín Alicea             3559
Norah E. Vallejo Cruz                 4478

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo, Interina.

Larissa Ortiz Modestti
Secretaria del Tribunal Supremo, Interina